IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CENTORIAN NANCE, #184699, ) | |
| ) | |
| v.   ) | CIVIL ACTION NO. 2:07-CV-199MHT |
| ) | [WO] |
| ) | |
| KATHLEEN BLANCO, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the plaintiff on March 15, 2007 (Court Doc. No. 4), and with respect to that portion of the complaint properly before this court, it is

ORDERED that this motion be and is hereby GRANTED. To the extent assessment and collection of the filing fee is required under the provisions of 28 U.S.C. § 1915(b)(1), the court makes no ruling on such matters as the assessment and collection of the filing fee should be addressed by the United States District Court for the Western District of Louisiana upon the transfer of this case.

Done this 15th day of March, 2007.

                                                      /s/ Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE