■ Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

■ Complete items 1, 2, and 3. Also complete

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _(signature)_
☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
_Stansbury_                        4-9-07

1. Article Addressed to:

Clerk of Court
U.S. District Ct.
Suite 2100
800 Lafayette St.
Lafayette, LA 70501

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:       ☐ No

07 CV 198 Entire
07 CV 199 File
Transfer

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540