IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

Centorian Nance
      Plaintiff,

vs.

Civil Action No.

2:07-cv-199-MHT(WO)

07-675

RECEIVED APR 30 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED 2007 APR 27
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Kathleen Babineaux Blanco,
Governor, State of Louisiana,
In her Official Capacity,
et al.,

### Notice Of Appeal

Notice is hereby given that Centorian Nance, Plaintiff, hereby appeals to the United States Court of Appeals for the 11th Circuit from an order and final judgement entered in this action on 4th day of April, 2007.

*Centorian Nance*
Centorian Nance #184699
Wolf#3
South Louisiana Cor. Center
3843 Stagg Avenue.
Basile, La. 70515

Centorian Nance #A18/699
L.C.S. Wolf #3
3843 Stagg Avenue
Basile, La. 70515

LEGAL MAIL-

Clerk of the Court, Ms Debra Hackett
United States District Court
Post Office Box 711
Montgomery, Alabama.
36101-0711

