IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-12117-B

CENTORIAN NANCE,

                Plaintiff-Appellant,

versus

KATHLEEN BABINEAUX BLANCO,
Governor, State of Louisiana, in
her official and individual capacity,
PAT LE BLANC, Owner of LCS,
et al.,

                Defendants-Appellees.

---

Appeal from the United States District Court for the
Middle District Of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file a motion for leave to proceed on appeal within the time fixed by the rules, effective this 11th day of July, 2007.

            THOMAS K. KAHN
            Clerk of the United States Court
            of Appeals for the Eleventh Circuit

            By: Carolyn Magers
               Deputy Clerk

            FOR THE COURT - BY DIRECTION

A True Copy - Attest:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: Carolyn Magers
   Deputy Clerk
   Atlanta, Georgia

ORD-40